FEB 0 7 2008

February 4, 2008

I Cheryl Gibbs hereby request an adjournment for case nr: 07CIV 9851 (GBD) dated February 6, 2008. The reason is defendant Verizon hasn't been serve by Marshall's. I'm in the process to have this done within the next thirty days. I thought the court was to serve the defendant. I would appreciate if your Honor grant me this adjournment.

Thanking You In Advance

Cheryl Gibbs

**SO ORDERED**
The conference is adjourned to March 26, 2008 at 9:30 a.m.

FEB 0 7 2008   George B. Daniels



RECEIVED FEB 0 4 2008 PRO SE OFFICE