IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERYL GIBBS, ) | |
| ) | Civil Action No. 07cv9851 (GBD) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VERIZON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Now comes Defendant, by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files the following Corporate Disclosure Statement:

1. There is no entity called "Verizon", the party named as defendant in Plaintiff's Complaint. The proper defendant to Plaintiff's claims is the pension plan under which she is seeking a disability pension; <u>i.e.</u>, the Verizon Pension Plan for New York and New England Associates (hereinafter the "Plan").

2. The Sponsor of the Plan is Verizon Communications Inc., which is a corporation whose shares are publicly traded.

3. No other publicly owned corporation has a financial interest in the outcome of this case.

Respectfully submitted,

  s/  Eve I. Klein

>Eve I. Klein
>Duane Morris LLP
>1540 Broadway
>New York, NY  10036
>(212) 692-1065
>
>*Of Counsel*:
>John A. Reade, Jr.
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA  19103
>(215) 979-1855
>
>
>Attorneys for Defendant

Dated:  March 24, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March, 2008 a true and correct copy of Defendant's Corporate Disclosure Statement was served upon Plaintiff Cheryl Gibbs at the following address by first-class mail, postage prepaid:

>Cheryl Gibbs
>594 Union Avenue, Apt. #2D
>Bronx, NY  10455

        s/   Eve I. Klein