

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 3 2008**

**SO ORDERED**

*[signature]* George B. Daniels
**HON. GEORGE B. DANIELS**
JUN 0 3 2008

Duane Morris

EVE I. KLEIN
DIRECT DIAL: 212.692.1065
E-MAIL: eiklein@duanemorris.com

www.duanemorris.com

May 29, 2008

**VIA FACSIMILE**

Honorable George B. Daniels
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1316

Re: Cheryl Gibbs v. Verizon; Civil Action No. 07cv9851 (GBD)

Dear Judge Daniels:

We represent the Defendant, Verizon Pension Plan for New York and New England Associates (the "Pension Plan"). As you may recall, this case involves a claim by Plaintiff for a disability pension benefit under the Verizon Pension Plan for New York and New England Associates. Defendant's Motion for Summary Judgment and supporting papers are due to be filed on May 30, 2008.

One of the papers which will be filed in support of Defendant's motion is an affidavit which contains exhibits comprising the administrative record relating to Plaintiff's application for benefits under the Pension Plan. We are writing to request permission to file the exhibits to the affidavit, which exceed 350 pages, in hard copy rather than in electronic form. In the event you grant our request in this regard, we will file electronically a copy of the affidavit without exhibits, and will file and serve a hard copy of the affidavit with exhibits.

Thank you for your consideration of our request in this regard.

Respectfully submitted,

Eve I. Klein

EIK/eam
cc: Cheryl Gibbs (via Federal Express)

Duane Morris LLP
1540 BROADWAY  NEW YORK, NY 10036-4086   PHONE: 212.692.1000  FAX: 212.692.1020