UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Cheryl Gibbs,
                Plaintiff,

    -against-

Verizon,
                Defendant.

------------------------------------x

ORDER
07 CV 9851 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff Cheryl Gibbs filed a notice of appeal and motion for extension of time on May 7, 2009, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

    Plaintiff's request for an extension of time to file the notice of appeal is granted, and Plaintiff's notice of appeal, filed on May 7, 2009 is accepted as timely.

Dated: New York, New York
       September 11, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge